1

2

3

4

5                            UNITED STATES DISTRICT COURT

6                          NORTHERN DISTRICT OF CALIFORNIA

7

8    ARTHUR WALTERS,                              No. C-12-4574 EMC (pr)

9              Plaintiff,

10        v.                                      **ORDER OF DISMISSAL**

11   SANTA CLARA DEPARTMENT OF
     CORRECTIONS; *et al.*,
12
              Defendant.
13   _____/

14

15

16        Plaintiff filed this *pro se* prisoner's civil rights action under 42 U.S.C. § 1983, complaining

17   about conditions at the Santa Clara County Jail.  Upon initial review pursuant to 28 U.S.C. § 1915A,

18   the Court determined that Plaintiff's complaint failed to state a claim upon which relief may be

19   granted and gave Plaintiff leave to file an amended complaint no later than March 29, 2013.  The

20   Court cautioned Plaintiff that failure to file an amended complaint by the deadline would result in

21   the dismissal of this action.  *See* Docket # 6, pp. 5-6.  At Plaintiff's request, the Court granted a

22   limited extension of the deadline to file an amended complaint, and extended the deadline to

23   April 26, 2013, in an order that again cautioned that failure to file the amended complaint by the

24   ///

25   ///

26   ///

27   ///

28   ///

1   deadline would result in the dismissal of this action.   Docket # 8.  Plaintiff did not file an amended

2   complaint, and the deadline by which to do so has long passed.  Accordingly, this action is

3   dismissed for failure to state a claim upon which relief may be granted.  The Clerk will close the file.

4

5        IT IS SO ORDERED.

6

7   Dated:  July 29, 2013

8

9                                              _____
                                               EDWARD M. CHEN
                                               United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28