UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR WALTERS, | No. C-12-4574 EMC (pr) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| SANTA CLARA DEPARTMENT OF CORRECTIONS; *et al.*, | |
| Defendant. | |

Plaintiff filed this *pro se* prisoner's civil rights action under 42 U.S.C. § 1983, complaining about conditions at the Santa Clara County Jail. Upon initial review pursuant to 28 U.S.C. § 1915A, the Court determined that Plaintiff's complaint failed to state a claim upon which relief may be granted and gave Plaintiff leave to file an amended complaint no later than March 29, 2013. The Court cautioned Plaintiff that failure to file an amended complaint by the deadline would result in the dismissal of this action. *See* Docket # 6, pp. 5-6. At Plaintiff's request, the Court granted a limited extension of the deadline to file an amended complaint, and extended the deadline to April 26, 2013, in an order that again cautioned that failure to file the amended complaint by the

///
///
///
///
///

deadline would result in the dismissal of this action.  Docket # 8.  Plaintiff did not file an amended complaint, and the deadline by which to do so has long passed.  Accordingly, this action is dismissed for failure to state a claim upon which relief may be granted.  The Clerk will close the file.

   IT IS SO ORDERED.

Dated: July 29, 2013

_____
EDWARD M. CHEN
United States District Judge